| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>KUGLER, ROBERT B. | 2. Court or Organization<br><br>United States District Court - District of New Jersey | 3. Date of Report<br><br>08/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Mitchell Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-Employed Stenographer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2. Franklin TempletonMutual Qualified Fund | A | Dividend | J | T | | | | | |
| 3. Trust (Income Beneficiary) | C | Dividend | M | T | | | | | |
| 4. Partnership, Coins | | None | J | T | | | | | |
| 5. TD Bank | A | Interest | J | T | | | | | |
| 6. AIG Sun America | A | Interest | J | T | | | | | |
| 7. Trust (Trustee) - #7 - #55 are assets of the Trust (Trustee) | | | | | | | | | |
| 8. -Vanguard Bond Fund | C | Dividend | L | T | | | | | |
| 9. -Vanguard NJ Tax Exempt | C | Interest | K | T | | | | | |
| 10. -Vanguard Dividend Growth | C | Dividend | L | T | | | | | |
| 11. -Vanguard 500 Index Fund | D | Dividend | L | T | | | | | |
| 12. -Wells Fargo | A | Interest | L | T | | | | | |
| 13. -One Centennial Square | E | Dividend | | | Sold | 01/03/12 | N | G | |
| 14. -American National Insurance Co. | A | Dividend | J | T | Buy | 03/06/12 | | | |
| 15. -Atmos Energy | A | Dividend | J | T | Buy | 02/13/12 | | | |
| 16. -Baker Michael Corp. | A | Dividend | J | T | Buy | 03/19/12 | | | |
| 17. -Calamos Asset Mgmt. Inc. | A | Dividend | J | T | Buy | 12/10/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Centerpoint Energy | A | Dividend | J | T | Buy | 12/19/12 | | | |
| 19. -Charles River Lab Inc. | A | Dividend | J | T | Buy | 02/21/12 | | | |
| 20. -Columbus McKinnon Corp. | A | Dividend | J | T | Buy | 03/07/12 | | | |
| 21. -First BancShares Inc. | A | Dividend | J | T | Buy | 09/17/12 | | | |
| 22. -First Energy Corp. | A | Dividend | J | T | Buy | 09/16/12 | | | |
| 23. -Iowa First BancShares Corp. | A | Dividend | J | T | Buy | 09/19/12 | | | |
| 24. -Kellogg Co. | A | Dividend | J | T | Buy | 02/13/12 | | | |
| 25. -Laclede Group | A | Dividend | J | T | Buy | 12/28/12 | | | |
| 26. -LMI Aerospace Inc. | A | Dividend | J | T | Buy | 04/04/12 | | | |
| 27. -MDU Resources Group, Inc. | A | Dividend | J | T | Buy | 12/31/12 | | | |
| 28. -Met-Pro Co. | A | Dividend | J | T | Buy | 06/25/12 | | | |
| 29. -Monarch Financial Holdings | A | Dividend | J | T | Buy | 09/28/12 | | | |
| 30. -NJ RES Corp. | A | Dividend | J | T | Buy | 12/07/12 | | | |
| 31. -Northeast Bancorp | A | Dividend | J | T | Buy | 09/11/12 | | | |
| 32. -Oneida Financial Corp. | A | Dividend | J | T | Buy | 02/08/12 | | | |
| 33. -Pennseco Financial Svcs. | A | Dividend | J | T | Buy | 10/17/12 | | | |
| 34. -Royal Dutch (Shell) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ryder Systems Inc. | A | Dividend | J | T | Buy | 02/18/12 | | | |
| 36. -Sanderson Farms Inc. | A | Dividend | J | T | Buy | 09/17/12 | | | |
| 37. -Smithfield Foods Inc. | A | Dividend | J | T | Buy | 02/16/12 | | | |
| 38. -Spectra Energy Corp. | A | Dividend | J | T | Buy | 09/06/12 | | | |
| 39. -STR Holdings Inc. | A | Dividend | J | T | Buy | 09/17/12 | | | |
| 40. -Strattec Sec. Corp. | A | Dividend | J | T | Buy | 09/13/12 | | | |
| 41. -Unitil Corp. | A | Dividend | J | T | Buy | 05/14/12 | | | |
| 42. -Watson Pharm Inc. | A | Dividend | J | T | Buy | 02/08/12 | | | |
| 43. -Boardwalk Pipeline Partners Ltd Partnership | A | Interest | J | T | Buy | 08/20/12 | | | |
| 44. -PBA Natural Gas Storage RPSTG LP | A | Interest | J | T | Buy | 05/14/12 | | | |
| 45. -Tower Watson & Co. | A | Dividend | J | T | Buy | 05/23/12 | | | |
| 46. -US Silica Hldgs Inc. | A | Dividend | J | T | Buy | 07/09/12 | | | |
| 47. -Edelman Financial Group Inc. | A | Dividend | J | T | Buy | 04/04/12 | | | |
| 48. -E Reaseard Technology Inc. | A | Dividend | J | T | Buy | 03/07/12 | | | |
| 49. -Edelman Financial Group Inc.(See #47) | | | | | Sold | 09/20/12 | J | A | |
| 50. -E Researd Technology Inc. (See #48) | | | | | Sold | 09/03/12 | J | A | |
| 51. -Tower Watson & Co. (See #45) | | | | | Sold | 06/18/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -US Silica Hldgs, Inc. (See #46) | | | | | Sold | 09/17/12 | J | B | |
| 53. -Smithfield Foods Inc. (See #37) | | | | | Sold | 03/25/12 | J | A | |
| 54. -Met-Pro Corp. (See #28) | | | | | Sold | 08/27/12 | J | A | |
| 55. -Baker Michael Corp. (See #16) | | | | | Sold | 03/27/12 | J | A | |
| 56. Mortgage NJ Property | B | Interest | N | T | | | | | |
| 57. Real Estate - (Collier County FL) Parcel 1 | | None | M | S | | | | | |
| 58. Real Estate - (Collier County FL) Parcel 2 | | None | N | S | | | | | |
| 59. Real Estate - (Atlantic County, NJ) Parcel 1 | | None | O | S | | | | | |
| 60. Real Estate - Atlantic County, NJ) Parcel 2 | | None | N | S | | | | | |
| 61. Real Estate - (Camden County, NJ) Parcel 1 | | None | O | S | | | | | |
| 62. Real Estate - (Camden County, NJ) Parcel 2 | D | Rent | M | S | | | | | |
| 63. Real Estate - (Camden County, NJ) Parcel 3 | D | Rent | O | S | | | | | |
| 64. T Rowe Price Alaska 529 (no control) | B | Dividend | L | T | | | | | |
| 65. ING Direct | A | Interest | L | T | | | | | |
| 66. TD Bank | A | Interest | K | T | | | | | |
| 67. Pioneer Stock Fund | A | Dividend | J | T | | | | | |
| 68. Met Life (whole life) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. Savings Bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to Part VII, Paragraph 4, the partnership is ⬛⬛⬛⬛⬛ is invested in gold coins.

As to Part VII, Paragraph 58, the real estate is owned ⬛⬛⬛⬛⬛ and was purchased in April, 2012.

As to Part VII, Paragraphs 7-56, I hold these investments only as Trustee U/W. I have no income interest in any asset and only a contingent beneficial interest in the corpus. I have the authority to buy, sell or otherwise dispose of the assets of this Trust. I do not receive any pay or commission of any kind for serving as Trustee. The Mortgage NJ Property (Paragraph 56) is currently non-performing and there may not be any income received in 2013.

As to Part VII, Paragraphs 59-68, ⬛⬛⬛⬛⬛

As to Part VII, Paragraphs 57-62, the assessments reflect a tax equalization rate (average ratio of assessed to true value) near 100%: 57 (assessed 427k); 58 (assessed 236k); 59 (assessed 852k); 60 (assessed 312k); 61 (assessed 858k); 62 (assessed 193k); 63 (assessed 912k).

As to Part VII, Paragraph 3, I am an income beneficiary interest in a Trust established ⬛⬛⬛⬛⬛ and have a contingent interest in the corpus but have no power to direct, buy, sell or otherwise dispose of any assets. As of 12/31/12, the Trust invested in the following funds and securities: Artio Global High Income Fund, Pimco Total Return Fund, Vanguard Intermediate-Term Tax-Exempt Fund, Fidelity Advisors Emerging Markets Income Fund, Wells Fargo Advantage International Bond Fund, American Century Equity Income Fund, Harbor Capital Appreciation Fund, IShares Russell 2000, Munder Mid Cap Core Growth Fund, Touchstone Mid Cap Fund, Delaware Pooled International Equity Portfolio, Harbor International Fund, Lazard Emerging Markets Portfolio, ING Real Estate Fund, Morgan Stanley Institutional International Real Estate Portfolio, Pimco Commodity, Public Service Enterprise Group, Inc., Verizon Communications, General Electric Co., and Exxon Mobil Corp.

As to Part VII, page 7, line 56, this is a purchase money mortgage given to the Trust ⬛⬛⬛ which secures a loan made by the Trust ⬛⬛⬛

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 08/12/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544